**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

VICTOR MACIAS MARTINEZ,

Petitioner,

v. No. 1:26-cv-02873-MLG-JHR

MARKWAYNE MULLIN et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on pro se Petitioner Victor Macias Martinez's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1. Having considered the Petition, and having held a hearing on November 20, 2026, and being otherwise fully informed, the Court finds that it is well-taken and should be granted. For the reasons stated on the record during the November 20, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Macias Martinez must be released within forty-eight hours of the entry of this Order. Macias Martinez shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA